THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**United States of America**

**v.**

**Christopher Johnson**

CASE NO.:   7:25mj78

DATE:   5/2/2025

TYPE OF HEARING:   IA-complaint

`****************************************************************************`

PARTIES:

1. <u>C. Kailani Memmer</u>
2. Matt Miller, AUSA
3. Dustin Franklin, FPD
4. Christopher Johnson, def
5. Alison Spence, USPO

6. Haylea Workman, USPO
7.
8.   K. Saville, CRD
9.
10.

`****************************************************************************`

**Recorded by:**   <u>K. Saville</u>          Time in Court: 9 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 12:58 | 1,8,1,8,4,1,4 | | | | | | | | |
| 1:02 | 1,2 | | | | | | | | |
| 1:05 | 1,4 | | | | | | | | |
| 1:06 | 1,3 | | | | | | | | |
| 1:07 | 1,2,1,3 | | | | | | | | |