CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

May 06, 2025

LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action: 7:25-mj-78 |
| ) | |
| CHRISTOPHER ALLAN JOHNSON ) | |

## DETENTION ORDER

On May 2, 2025, the defendant appeared before the court for an initial appearance and the Government moved for detention pursuant to 18 U.S.C. § 3142(f)(1). At the hearing, Defendant agreed that, based upon the pending charge(s), there are grounds for the Government to pursue detention under 18 U.S.C. § 3142(f)(1) and there is a presumption of detention in this case pursuant to 18 U.S.C. § 3142(e)(3)(E). In response to the Government's motion, Defendant did not contest detention at this time, but reserved the right to request conditions of release be set in the future.

Accordingly, it is **ORDERED** that the Defendant be detained and that he is permitted to request conditions of release be set in the future.

Entered: May 6, 2025

C. Kailani Memmer
United States Magistrate Judge